MICHAEL R. FARRELL (BAR NO. 173831)
FRANCIS N. SCOLLAN (BAR NO. 186262)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Seventh Floor
Los Angeles, California 90071-3398
Telephone: (213) 622-5555
Facsimile: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
        fscollan@allenmatkins.com

Attorneys for Receiver
THOMAS A. SEAMAN

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| THOMAS A. SEAMAN, Federal Equity Receiver,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY HEALTH CARE MEDICAL GROUP, INC., a California corporation, RICHARD JEFFREY KROOP, M.D., an individual; DOLORES P. G. KROOP, an individual, and DOES 1 through 25,<br><br>Defendants. | Case No. SACV 13-01709 DOC (RNBx)<br><br>JUDGMENT [61]<br><br>Ctrm: 9D<br>Judge: Hon. David O. Carter |

Having considered the request of Plaintiff Thomas A. Seaman, as Receiver, ("Plaintiff") for entry of judgment pursuant to the Stipulation for Judgment of Defendants Valley Health Care Medical Group, Inc. and Richard Jeffrey Kroop, MD ("Defendants"), and good cause appearing therefor, the Court enters judgment against Defendants, and each of them, and in favor of Plaintiff as court-appointed Federal Equity Receiver for Medical Capital Holdings, Inc., Medical Capital Corporation, Medical Provider Funding Corporation VI and their subsidiaries and affiliates in the action entitled *Securities and Exchange Commission v. Medical Capital Holdings, Inc. et al.*, Case No. SA CV 09-0818 DOC (RNBx), as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of Plaintiff and against Valley Health Care Medical Group, Inc. and Richard Jeffrey Kroop, MD, jointly and severally, in the amount of $2,467,500.00.

2. ~~Execution on this judgment may issue immediately notwithstanding the provisions of FRCP Rule 62.~~

3. ~~Judgment to bear interest at the judgment rate.~~

Dated: January 5, 2016

/s/ David O. Carter
Hon. David O. Carter
Judge, United States District Court

Judgment